FILED

08 JUL 29 AM II: 54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury         '08 CR 2510   BEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) ) | I N D I C T M E N T |
| v. | ) ) | Title 8, U.S.C., |
| ANTONIO FRANCISCO | ) | Sec. 1324(a)(2)(B)(ii) - |
| MORENO-GUTIERREZ (1), | ) | Bringing in Illegal Aliens for |
| URIEL PARDO-MOLINA (2), | ) | Financial Gain; Title 18, U.S.C., |
| SALVADOR CABANAS-GOMEZ (3), | ) | Sec. 2 - Aiding and Abetting; |
| MARCO ANTONIO | ) | Title 8, U.S.C., |
| PAREDES-VALENZUELA (4), | ) | Secs. 1324(a)(1)(A)(ii) and |
| | ) | (v)(II) - Transportation of |
| | ) | Illegal Aliens and Aiding and |
| Defendants. | ) | Abetting |

The grand jury charges:

Count 1

On or about July 8, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA and SALVADOR CABANAS-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ivan Cervantes-Lavariega, aka Ivan Cervantes-Cervantes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

MIP:nlv:San Diego
7/29/08

Count 2

On or about July 9, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA and SALVADOR CABANAS-GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ivan Cervantes-Lavariega, aka Ivan Cervantes-Cervantes, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Filemon Jimenez-Nava, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 4

On or about July 10, 2008, within the Southern District of California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-VALENZUELA, with the intent to violate the immigration laws of the

2

1  United States, knowing and in reckless disregard of the fact that an

2  alien, namely, Filemon Jimenez-Nava, had come to, entered and remained

3  in the United States in violation of law, did transport and move

4  said alien within the United States in furtherance of such violation

5  of law; in violation of Title 8, United States Code,

6  Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

8  On or about July 10, 2008, within the Southern District of

9  California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL

10  PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-

11  VALENZUELA, with the intent to violate the immigration laws of the

12  United States, knowing and in reckless disregard of the fact that an

13  alien, namely, Gabriella Arreola-Gabriel, had not received prior

14  official authorization to come to, enter and reside in the United

15  States, did bring to the United States said alien for the purpose of

16  commercial advantage and private financial gain; in violation of

17  Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,

18  United States Code, Section 2.

<u>Count 6</u>

20  On or about July 10, 2008, within the Southern District of

21  California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL

22  PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-

23  VALENZUELA, with the intent to violate the immigration laws of the

24  United States, knowing and in reckless disregard of the fact that an

25  alien, namely, Gabriella Arreola-Gabriel, had come to, entered and

26  remained in the United States in violation of law, did transport and

27  move said alien within the United States in furtherance of such

28  //

1  violation of law; in violation of Title 8, United States Code,

2  Sections 1324(a)(1)(A)(ii) and (v)(II).

3                              Count 7

4      On or about July 10, 2008, within the Southern District of

5  California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL

6  PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-

7  VALENZUELA, with the intent to violate the immigration laws of the

8  United States, knowing and in reckless disregard of the fact that an

9  alien, namely, Tomas Vargas-Fabian, had not received prior official

10  authorization to come to, enter and reside in the United States, did

11  bring to the United States said alien for the purpose of commercial

12  advantage and private financial gain; in violation of Title 8,

13  United States Code, Section 1324(a)(2)(B)(ii), and Title 18,

14  United States Code, Section 2.

15                              Count 8

16      On or about July 10, 2008, within the Southern District of

17  California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL

18  PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-

19  VALENZUELA, with the intent to violate the immigration laws of the

20  United States, knowing and in reckless disregard of the fact that an

21  alien, namely, Tomas Vargas-Fabian, had come to, entered and remained

22  in the United States in violation of law, did transport and move

23  said alien within the United States in furtherance of such violation

24  of law; in violation of Title 8, United States Code,

25  Sections 1324(a)(1)(A)(ii) and (v)(II).

26  //

27  //

28  //

                                  4

1

## Count 9

2    On or about July 10, 2008, within the Southern District of

3 California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL

4 PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-

5 VALENZUELA, with the intent to violate the immigration laws of the

6 United States, knowing and in reckless disregard of the fact that an

7 alien, namely, Gualterio Cruz-Fabian, had not received prior official

8 authorization to come to, enter and reside in the United States, did

9 bring to the United States said alien for the purpose of commercial

10 advantage and private financial gain; in violation of Title 8,

11 United States Code, Section 1324(a)(2)(B)(ii), and Title 18,

12 United States Code, Section 2.

13

## Count 10

14    On or about July 10, 2008, within the Southern District of

15 California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL

16 PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-

17 VALENZUELA, with the intent to violate the immigration laws of the

18 United States, knowing and in reckless disregard of the fact that an

19 alien, namely, Gualterio Cruz-Fabian, had come to, entered and

20 remained in the United States in violation of law, did transport and

21 move said alien within the United States in furtherance of such

22 violation of law; in violation of Title 8, United States Code,

23 Sections 1324(a)(1)(A)(ii) and (v)(II).

24

## Count 11

25    On or about July 10, 2008, within the Southern District of

26 California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL

27 PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-

28 VALENZUELA, with the intent to violate the immigration laws of the

1  United States, knowing and in reckless disregard of the fact that an
2  alien, namely, Perla Correra-Renteria, had not received prior official
3  authorization to come to, enter and reside in the United States, did
4  bring to the United States said alien for the purpose of commercial
5  advantage and private financial gain; in violation of Title 8,
6  United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
7  United States Code, Section 2.

8                                  Count 12

9       On or about July 10, 2008, within the Southern District of
10 California, defendants ANTONIO FRANCISCO MORENO-GUTIERREZ, URIEL
11 PARDO-MOLINA, SALVADOR CABANAS-GOMEZ and MARCO ANTONIO PAREDES-
12 VALENZUELA, with the intent to violate the immigration laws of the
13 United States, knowing and in reckless disregard of the fact that an
14 alien, namely, Perla Correra-Renteria, had come to, entered and
15 remained in the United States in violation of law, did transport and
16 move said alien within the United States in furtherance of such
17 violation of law; in violation of Title 8, United States Code,
18 Sections 1324(a)(1)(A)(ii) and (v)(II).

19       DATED: July 29, 2008.

20                                       A TRUE BILL:

21

22                                       _____
23                                       Foreperson

   KAREN P. HEWITT
24 United States Attorney

25

26 By: _____
      MICHELLE M. PETTIT
27    Assistant U.S. Attorney

28

                                    6