# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
          Plaintiff       )
                     )
        vs.           )
_Moreno Gutierrez, et al_  )
        Defendant(s)   )
_____ )

CRIMINAL NO. _08 cc 2510 · BEN_

ORDER

RELEASING MATERIAL WITNESS

Booking No.

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / Order of Court).

_Gabriella Arreola-Gabriel_

DATED: _Aug 4, 2008_

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
           Deputy Clerk
K. HAMMERLY

RECEIVED _____
         DUSM

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082