UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR2510-BEN |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| Antonio Francisco Moreno-Gutierrez, et al. | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. 10281298 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Tomas Vargas-Fabian

DATED: 8-12-08

RECEIVED
2008 AUG 12 P 12:03
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

RECEIVED _____
DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by /s/ Hernandez
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082