```
MAXINE I. DOBRO
105 West F Street, 3rd Floor
San Diego, CA 92101-6036
(619) 232-5044
BAR #98962


Attorney for Defendant
MARCO ANTONIO PAREDES-VALENZUELA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br>MARCO ANTONIO PAREDES-VALENZUELA,<br>    Defendant. | Criminal No. 08-2510-BEN<br><br>**MOTION FOR JOINDER**<br><br><br><br>Date: 15 Sept 2008<br>Time: 2:00 p.m. |

TO: The Honorable Roger T. Benitez and Assistant United States Attorney Michelle Pettit.

PLEASE TAKE NOTICE that on 15 September 2008, at 2:00 p.m. or as soon thereafter as the matter may be heard, the defendant, MARCO ANTONIO PAREDES-VALENZUELA, by and through his attorney, Maxine I. Dobro will move this court to join in the following motions: 1) to Compel Discovery and 2) to File further motions, filed by attorney Kenneth Troiano on behalf of co-defendant Salvador Cabanas-Gomez on 28 August 2008.

DATED: 2 January 2007                    Respectfully submitted,

                                          /S/Maxine I. Dobro
                                         Maxine I. Dobro, for Mr. Paredes

## Certificate of Service

I, the undersigned, say that I am over 18 years of age, a resident of the County of San Diego, State of California, and not a party to the within action; That my business address is 105 West F St, 3rd Flr, San Diego CA 92101;

    That I served the within Motion for joinder by serving a copy today to the clerk's office of this honorable court by e-filing for delivery to:

KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA; Michelle Pettit, SPECIAL ASSISTANT U.S. ATTORNEY.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this August 28, 2008 in San Diego, California.

DATED: 8/28/08          /s/ Maxine I. Dobro