```
 1  KAREN P. HEWITT
    United States Attorney
 2  MICHELLE M. PETTIT
    Assistant U.S. Attorney
 3  California State Bar No. 253406
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8800
 5  Telephone: (619) 557-7450
    Facsimile: (619) 235-2757
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2510-BEN |
| | ) | |
| Plaintiff, | ) | DATE: September 15, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | UNITED STATES' RESPONSE AND |
| | ) | OPPOSITION TO DEFENDANTS' |
| ANTONIO FRANCISCO MORENO-GUTIERREZ (1), | ) | MOTIONS TO: |
| URIEL PARDO-MOLINA (2), | ) | (1) COMPEL DISCOVERY AND |
| SALVADOR CABANAS-GOMEZ (3), | ) | (2) FILE ADDITIONAL MOTIONS. |
| MARCO ANTONIO PAREDES-VALENZUELA (4), | ) | |
| | ) | TOGETHER WITH STATEMENT OF |
| | ) | FACTS AND A MEMORANDUM OF |
| Defendants. | ) | POINTS AND AUTHORITIES |
| | ) | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, and hereby files its response and opposition to Defendants' above-referenced motions. This response is based upon the files and records of this case, together with the attached statement of facts and a memorandum of points and authorities.

//

//

**I.**

**STATEMENT OF THE CASE**

**A.   THE CHARGE**

On July 29, 2008, a grand jury sitting in the Southern District of California returned a twelve count Indictment charging defendants with Bring in Illegal Aliens for Financial Gain in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), Aiding and Abetting in violation of 18 U.S.C. § 2, and Transportation of Illegal Aliens and Aiding and Abetting in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (v)(II).  On the same day, defendants were arraigned on the Indictment.

**B.   STATUS OF DISCOVERY**

On August 19, 2008, the United States made available over 200 pages of written discovery to all defendants.  On August 26, 2008, the United States made an additional pages of written discovery and two compact discs available to the defendants.

**II.**

**STATEMENT OF FACTS**

On July 10, 2008, Border Patrol Agents apprehended a group of eight individuals illegally present in the United States, including one later identified as a material witness, Ivan Cervantes-Lavariega (aka Ivan Cervantes-Cervantes).  Cervantes provided agents information regarding his recent illegal entry into the United States, including a detailed description of the area through which he was smuggled.

On July 11, 2008, Border Patrol Agents investigated the area described by Cervantes that was located on State Route 94 in the eastern region of San Diego County.  During that investigation,

agents discovered a large group of individuals concealing themselves in a boulder formation at the bottom of a canyon. After searching the area, a total of 33 individuals were apprehended due to their lack of United States citizenship or documentation to legally remain in the United States. The six material witnesses identified multiple footguides in the group after reviewing a stack of photographs of all the individuals arrest. All four Defendants were all identified as footguides.

### III.

### POINTS AND AUTHORITIES

**A. THE UNITED STATES HAS AND WILL CONTINUE TO COMPLY WITH ITS DISCOVERY OBLIGATIONS**

The United States is aware of its obligation under Brady v. Maryland, 373 U.S. 83 (1963), the Jencks Act (18 U.S.C. §3500), and Rule 16 of the Federal Rules of Criminal Procedures, and will continue to comply with all discovery rules. In fact, the United States has produced over two hundred (200) pages of discovery to date and has substantially exceeded the requirements of Rule 16 and associated case law. Regarding the specific requests made by defendants, the United States responds as follows:

**1. Defendants' Statements**

The United States has provided defendants with a compact disc containing the recorded statements of the defendants made during their post-arrest interviews by law enforcement officers. There are no other statements, oral, recorded or written, made by the defendants to any law enforcement officer. Additionally, any written rights warnings have been disclosed to the defendants.

//

**2.    Defendants' Prior Record**

Defendants' prior records have been disclosed to the defendants.

**3.    Documents and Tangible Objects**

Defense attorneys may schedule an appointment with the Assistant United States Attorney at a mutually convenient time and place to review any seized evidence.

**4.    Reports of Scientific Tests or Examinations**

Several cellular phones are currently being analyzed by the Regional Computer Forensics Laboratory (RCFL). The United States will release any relevant RCFL reports to the Defendants once they have been completed.

**5.    Expert Witness Testimony**

The United States will provide notice of any expert testimony approximately one month prior to trial.

**6.    Brady Material**

The United States is aware of its obligations under Brady and its progeny. To the extent that any evidence favorable to the defendants exists, it has been provided to the defendants. Counsel for the United States is unaware of any evidence favorable to the defendants.

The defendants request the true name and address of Ivan Cervantes-Lavariega and the minor detained as a co-conspirator. Cervantes true name is properly listed in the Indictment, and he remains in custody. The United States will disclose the true name and location of the minor only as direct by the Court.

//
//

### 7. Rule 404(b) Evidence

The United States will provide the defendants with notice of its intent to present evidence pursuant to Rule 404(b) two weeks before trial or as otherwise ordered by the Court. Defendants' prior detentions have been disclosed to the defendants.

### 8. Jencks Act Material

To the extent that material qualifies as a statement of a witness under the Jencks Act, it will be provided to the defendants in advance of trial.

### 9. Evidence of Bias or Motive to Lie

The United States agrees to provide information related to bias, prejudice, or other motivation of United States trial witnesses. The United States will provide such impeachment material, if any, at the time it files its trial memorandum. At this time, the Government is unaware that prospective witnesses are biased or prejudiced against the defendants, or has a motive to falsify or distort their testimony.

### 10. Giglio Material

If any promises are made to any United States witness, that information will be provided to the defendants in advance of trial.

### 11. Evidence of Criminal Investigations of Any Witness

The United States is unaware of any current criminal investigation against any potential witness. If information regarding a criminal investigation becomes available, the United States will provide that information to the defendants in advance of trial.

//

Case 3:08-cr-02510-BEN   Document 31   Filed 09/09/2008   Page 6 of 7

**12.   Examination of Law Enforcement Personnel Files**

The United States will conduct a review, in accordance with <u>United States v. Henthorn</u>, 931 F.2d 29 (9th Cir. 1891), of the testifying federal officers in this case.

**B.   REQUEST TO FILE FURTHER MOTIONS**

The United States has no objection to the Court providing the defendants with a reasonable time period within which to bring additional motions. That time period should be restricted to a particular date to avoid the necessity of multiple responses and multiple hearings.

## IV.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that defendants' motions, except where not opposed, be denied.

DATED: September 9, 2008.

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney

                              s/*Michelle M. Pettit*
                              MICHELLE M. PETTIT
                              Assistant U.S. Attorney

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |
| 3 | UNITED STATES OF AMERICA,  )   Criminal Case No. 08CR2510-BEN |
|   |                             ) |
| 4 |              Plaintiff,     ) |
|   |                             ) |
| 5 |     v.                      )   CERTIFICATE OF SERVICE |
|   |                             ) |
| 6 | ANTONIO FRANCISCO MORENO-   ) |
|   | GUTIERREZ (1),              ) |
| 7 | URIEL PARDO-MOLINA (2),     ) |
|   | SALVADOR CABANAS-GOMEZ (3), ) |
| 8 | MARCO ANTONIO PAREDES-      ) |
|   | VALENZUELA (4),             ) |
| 9 |                             ) |
|   |              Defendants.    ) |
| 10|                             ) |

IT IS HEREBY CERTIFIED THAT:

I, Michelle M. Pettit, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY AND FILE ADDITIONAL MOTIONS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John D. Kirby, Esq.
2. Howard B. Frank, Esq.
3. Kenneth J. Troiano, Esq.
4. Maxine I. Dobro, Esq.
5. Neil R. Trop, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2008.

s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant U.S. Attorney